**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Donna Gee,

                       Plaintiff,        Case No. 25-cv-10899

v.                           Judith E. Levy
                                United States District Judge

Oakland County Treasurer,

                                Mag. Judge Anthony P. Patti

                   Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [12]

Before the Court is Magistrate Judge Anthony P. Patti's Report and Recommendation (ECF No. 12) recommending the Court (1) dismiss Plaintiff Donna Gee's complaint (ECF No. 1) for lack of standing and (2) deny as moot the motion to dismiss filed by Defendant Oakland County Treasurer. (ECF No. 7.) The parties were required to file specific written objections, if any, within fourteen days of service. *See* Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (ECF No. 12) is ADOPTED;

Plaintiff's complaint (ECF No. 1) is DISMISSED for lack of standing; and

Defendant's motion to dismiss (ECF No. 7) is DENIED AS MOOT.[1]

IT IS SO ORDERED.

Dated: March 30, 2026                    s/Judith E. Levy
      Ann Arbor, Michigan           JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 30, 2026.

                                      s/William Barkholz
                                      WILLIAM BARKHOLZ
                                      Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *See United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019).

2